# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00304-CV

**Jaime Mendez Cuellar, Appellant**

**v.**

**Brad Livingston et al., Appellees**

### FROM THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF TEXAS, AMARILLO DIVISION
### NO. 2:07-CV-001580-J-BB, HONORABLE MARY LOU ROBINSON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant filed a notice of appeal complaining of a dismissal order signed by the trial court judge in the United States District Court for the Northern District of Texas. We may only exercise jurisdiction over causes that arise out of the State-level district or county courts within our district and are without jurisdiction over the federal courts. *See* Tex. Gov't Code § 22.220(a). We therefore dismiss the appeal for want of jurisdiction. Tex. R. App. P. 42.3(a).

_____

David Puryear, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed for Want of Jurisdiction

Filed:   August 22, 2013